**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **SIMON ABOU RAAD,** | No. 1:13 -10199- GAO |
| Defendant | |

### NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Jeffrey A. Denner as counsel of record in the above-captioned matter, on behalf of defendant Simon Abou Raad.

Dated: June 27, 2013　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　SIMON ABOU RAAD
　　　　　　　　　　　　　　　　　　　By and through his attorneys,

　　　　　　　　　　　　　　　　　　　 /s/ *Jeffrey A. Denner*
　　　　　　　　　　　　　　　　　　　Jeffrey A. Denner, BBO#120520
　　　　　　　　　　　　　　　　　　　DENNER♦PELLEGRINO, LLP
　　　　　　　　　　　　　　　　　　　Four Longfellow Place, 35th Floor
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02114
　　　　　　　　　　　　　　　　　　　Tel.　617.227.2800
　　　　　　　　　　　　　　　　　　　Fax.　617.973.1562
　　　　　　　　　　　　　　　　　　　jdenner@dennerpellegrino.com

### Certificate of Service

I, Jeffrey A. Denner, hereby certify that on this the 27th day of June 2013, I caused a true copy of the foregoing *Notice of Appearance* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

　　　　　　　　　　　　　　　　　　　 /s/ *Jeffrey A. Denner*
　　　　　　　　　　　　　　　　　　　Jeffrey A. Denner