**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CR 13-10199-GAO |
| DEFENDANT<br>Simon Abou Raad, et al. | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

2014 FEB 28 A 11: 1

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jeffrey A. Denner, Esq., as counsel for Simon Abou Raad

ADDRESS *(Street or RFD. Apartment No., City, State and ZIP Code)*

Denner Pellegrino LLP, 4 Longfellow Place, Boston, MA 02114

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Mary B. Murrane, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Please serve the attached Preliminary Order of Forfeiture upon the above-referenced individual by certified mail, return receipt requested.
CATS ID 13-FBI-002497 and 13-FBI-002727

JLJ x 617-748-3297

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>2/3/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 38 | District to Serve<br>No 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>2/6/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ,☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc , at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>2/25/14 Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>65 | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 2/10/14 # 7010 0780 0002 4134 2940
2/12/14 Delivery Date

(9)

| PRINT 5 COPIES: | 1. CLERK OF THE COURT | PRIOR EDITIONS MAY BE USED |
|---|---|---|
| | 2. USMS RECORD | |
| | 3. NOTICE OF SERVICE | |
| | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>if any amount is owed. Please remit promptly payable to U.S. Marshal. | Form USM-285<br>Rev. 12/15/80 |
| | 5. ACKNOWLEDGMENT OF RECEIPT | Automated 01/00 |