UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:13-cr-10199-GAO |
| **SIMON ABOU RAAD,** Defendant | |

## MOTION TO RELEASE BOND OBLIGATIONS

The defendant, Simon Abou Raad ("the defendant"), by and through undersigned counsel, hereby respectfully moves this Honorable Court to release the bond and attendant obligations which served to secure the defendant's release pending the disposition of the above-captioned matter. As grounds, the defendant avers and states:

1. The defendant was arrested on March 11, 2013. A detention hearing was held the next day, March 12, 2013, and conditions of release were set [Document 15]. The conditions of release included the posting of an appearance bond secured by his marital property located in Tyngsboro, MA [Document 20], and the surrender of his and his wife's passports.

2. The defendant posted the required secured bond, and surrendered both passports to the custody of the Clerk for the United States District Court for the District of Massachusetts, at which time he was released on conditions.

3. The defendant pled guilty, pursuant to a plea agreement, on September 12, 2013, and was sentenced on January 21, 2014 to, *inter alia*, Bureau of Prisons ("BOP") custody

for a term of thirty-six (36) months.  The defendant self-surrendered to the BOP on April 21, 2014.  He remains in BOP custody at this time.

4. The defendant complied with his conditions of release, and appeared in court as required, from his release on conditions on March 14, 2013, through disposition of the case and his self-surrender to the custody of the BOP on April 21, 2014.

5. Now that the case has concluded, the appearance bond is no longer required, and unnecessarily encumbers the defendant's martial home, which continues to be occupied by his wife and children.  As such, the bond should be revoked, and any associated liens or encumbrances held by the Court upon the property which secured the bond should be released.  In addition, the defendant's and his wife's passports are no longer necessary to secure the defendant's release on conditions, and should be returned to the custody of the defendant's wife.

WHEREFORE, the defendant respectfully requests this Honorable Court order the revocation of his secured appearance bond, release any associated liens or encumbrances held by the Court upon the property securing the bond, and return the defendant's and his wife's passports to his wife's custody.

Dated: May 22, 2014

Respectfully submitted,
SIMON ABOU RAAD
By and through his attorneys,

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO#120520
J. A. Denner & Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.   617.227.2800
Fax.   617.973.1562
jdenner@dennerlaw.com

**Certificate of Service**

I, Jeffrey A. Denner, hereby certify that on this the 22nd day of May 2014, I caused a true copy of the foregoing *Motion to Release Bond Obligations* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

/s/ *Jeffrey A. Denner*
Jeffrey A. Denner