UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 13-10199-GAO |
| ) | |
| 2. SIMON ABOU RAAD, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

**O'TOOLE, D.J.**

WHEREAS, on June 26, 2013, the United States Attorney for the District of Massachusetts filed a seventeen-count Information charging defendant Simon Abou Raad (the "Defendant"), and another, with Mail Fraud and Honest Services Mail Fraud, in violation of 18 U.S.C. §§ 1341, 1346 and 2 (Counts One through Sixteen); and Conspiracy to Commit Extortion by Fear and Under Color of Official Right, in violation of 18 U.S.C. § 1951 (Count Seventeen);

WHEREAS, the Information also contained forfeiture allegations, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of any offense in violation of 18 U.S.C. §§ 1341 and 1951 as alleged in Counts One through Seventeen of the Information, of any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offenses;

WHEREAS, the Information further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c);

WHEREAS, on September 12, 2013, the Defendant pled guilty to Counts One through Seventeen of the Information, pursuant to a written plea agreement that he signed on June 21, 2013;

WHEREAS, on January 21, 2014, this Court issued a Preliminary Order of Forfeiture against (i) $346,000 in United States currency seized from the Defendant's residence on March 11, 2013 (the "$346,000"); and (ii) $14,000 in lieu of one BMW 535i xDrive Sedan bearing vehicle identification number WBABFU7C57DDU67491 (the "BMW Funds"), pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, on January 21, 2014, a sentencing hearing was held whereby this Court sentenced the Defendant to 36 months incarceration, to be followed by a term of two years supervised release, and ordered the Defendant to pay a fine of $10,000, and a special assessment of $1,700;

WHEREAS, in addition, this Court ordered the Defendant to forfeit the $346,000 and the BMW Funds, pursuant to the terms of the Preliminary Order of Forfeiture;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on February 4, 2014 and ending on March 5, 2014; and

WHEREAS, no claims of interest in the $346,000 and the BMW Funds have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the $346,000 and the BMW Funds, and they are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the $346,000 and the BMW Funds are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the $346,000 and the BMW Funds in accordance with applicable law.

/s/ *signature*
GEORGE A. O'TOOLE, JR.
United States District Judge

Dated: 6/9/14